IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIAM FREEMAN					PLAINTIFF

V.							CIVIL ACTION NO.
							2:08-CV-12-P-A

COMMISSIONER
OF SOCIAL SECURITY					DEFENDANT

### FINAL JUDGMENT

This matter comes before the court upon Appellant William Freeman's Motion to Dismiss [10]. After due consideration of the motion, wherein the Appellant concedes that he "has found no argument under the substantial evidence rule that is required for overturning a decision of the Appeals Council," the court finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Appellant William Freeman's Motion to Dismiss [10] is **GRANTED**; therefore,

(2) Appellant William Freeman's Social Security Appeal is hereby **DISMISSED**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 12th day of August, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE